UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUER WHITE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 3:20-cv-818 (SRU) |
| | : | |
| CORRECTION OFFICER HANDCOCK, | : | |
| Defendant. | : | |

**ORDER**

On June 12, 2020, the plaintiff, Arthuer White, an inmate in the custody of the Connecticut

Department of Correction, filed the instant civil rights action under 42 U.S.C. § 1983.  Compl., Doc.

No. 1.   On the same day, White filed a motion to proceed *in forma pauperis*.  *See* Mot, Doc. No. 2.

On June 24, 2020, Magistrate Judge William I. Garfinkel issued a Notice of Insufficiency informing

White that his motion to proceed *in forma pauperis* was deficient and needed to be corrected before

the Court could consider it.  *See* Order, Doc. No. 6.  Specifically, Magistrate Judge Garfinkel

notified White that he must submit (1) the "Prisoner's IFP application" that the court sent to him by

United States mail on June 24, 2020 and (2) a "Ledger Sheet" showing the past six months of

transactions.  *Id.*  Magistrate Judge Garfinkel also notified White that his complaint would be

dismissed if he did not comply with the order by July 14, 2020.  *Id.*

On June 29, 2020, White filed a motion to appoint counsel.  Mot. to Appoint Counsel, Doc.

No. 7.  However, to date, White has neither paid the requisite filing fee, nor corrected the

deficiencies identified in the Notice of Insufficiency, nor sought an extension of time to do so.

Thus, White has not paid the filing fee, and he has not satisfied the *in forma pauperis* exception to

doing so.  *See* 28 U.S.C. § 1915.  Accordingly, White's complaint is **dismissed without prejudice**.

White may move to reopen this case by filing a motion to reopen and submitting a motion to

proceed *in forma pauperis* on the form sent to him accompanied by a Ledger Sheet showing the past

six months of transactions.  In moving to reopen this case, White must also explain his reason for

failing to comply with Court's order to correct his *in forma pauperis* motion because I must

determine if there is good cause to reopen this matter.

The Clerk is directed to close this case without prejudice.


SO ORDERED at Bridgeport, Connecticut this 27th day of July 2020.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge